**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT **OF NEW YORK**

---------------------------------------------------------x

In re:                                                    Chapter 13

                                                          Case No. 17-45154

JUANA MARIA ROBLES ARIAS

                                                          **OPPOSITION**

                              Debtor(s)

--------------------------------------------------------x

      **HERE COMES NOW** the Debtor JUANA MARIA ROBLES ARIAS, by and through counsel, submits this opposition to Chapter 13 Trustee's motion to dismiss chapter 13 case, as set forth below, and in support thereof, respectfully state as follows:

      1.     I'm the counsel for the Debtor in the above-referenced case and as such am fully and completely familiar with the facts and circumstances involved herein.

      2.     I submit this affirmation in opposition to the motion to dismiss Debtor chapter 13 case.

      3.     Trustee filed this motion to dismiss due to failure of Debtor in providing certain documents required by the trustee, to wit:

- Affidavit of Contribution from Daughters with Pay Stubs
- Copies of 2016 Corporate State and Federal Tax Returns
- List of Business Assets and their Fair Market Value
- Operating Reports with bank statements and proof of Tax Deposits
- Amended Statement of Financial Affairs to Include Rental Income
- Amended Means Test
- Proof of Post-petition Mortgage, Real Estate Taxes, and Property insurance payments.
- Full Petition, schedules and plan Signed

      4.     On or about January 11, 2018, this counsel for Debtor uploaded the following documents to the Chapter 13 Trustee Case Status System:

- Amended Means Test

- ▪ Amended Statement of Financial Affairs
- ▪ Affidavits of Contribution for Daughters with Letter from Employers
- ▪ Full Signed Petition
- ▪ Affidavit of Debtor explaining matters relating to pay-stubs for spouse, copies of 2016 federal and state tax retruns, business assets, value accounts receivables, operating report, bank statement and tax deposits.

5.      On January 16th, 2018 this counsel received updated list of documents from chapter 13 trustee, to wit:

- • In the event contributors don't have pay-stubs submit tax retruns.
- • Proof of post-petition real estate taxes being made
- • Proof of post-petition property insurance payments being made

6.      On or about January 19, 2018, this counsel for Debtor uploaded the following documents to the Chapter 13 Trustee Case Status System:

- • Tax retuns for Patricia Patty for 2016
- • W-2 for Belinda Robles for 2015 and 2016
- • Hazard insurance policy to be purchased in February 2018
- • Application for reduction in real estate taxes.
- • Loan modification application

7.      Should the Trustee require any other documents this Counsel would respectfully request for additional time to provide such documents.

8.      The Debtor is current with her chapter 13 plan payment.

WHEREFORE, it is respectfully requested that the Trustee's motion to dismiss be denied.

Dated: Forest Hills, New York
        January 19, 2018                                          respectfully submitted,

                                                          Law Office of Ehsanul Habib
                                                          Attorney for the Debtor

By: /s/ Ehsanul Habib
Ehsanul Habib
118-21 Queens Blvd
Suite 603
Forest Hills, NY 11375
(718)285-0466