

April 13, 2018

**VIA ECF**

Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York – Brooklyn Division
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re: Loss Mitigation Update for In re Juana Maria Robles Arias,**
     **Case No.: 17-45154 (CEC)**

Dear Judge Craig:

This office represents Shellpoint Mortgage Servicing ("Creditor"), in the above referenced proceeding.

Please find this letter as a current status update regarding loss mitigation on this matter. Debtor submitted a Loss Mitigation Package to Creditor. Creditor reviewed the documents submitted and determined them to be incomplete. The following documents are still needed from Debtor for Creditor to continue reviewing the loss mitigation application:

- Non-Borrower Credit Authorization Form
    - Contribution Start And End Needs an Actual Date
- An Updated Award Letter for Juana
- Proof of Income from Sergio Pizzeria For Belinda
- 2 Months of Bank Statements
- 4506T
- 2 Months Proof of Rental Income and Lease Agreement

The following documents have been received:

- UBAF 4/5
- Dodd Frank 4/5
- Non-Borrower Contribution Form 4/5

Creditor's counsel has informed Debtor's counsel of the above needed information and documentation. Upon Debtor sending the above-requested information to Creditor's counsel, Creditor can continue reviewing the application.

    Respectfully submitted,

    LEOPOLD & ASSOCIATES, PLLC

    BY: /s/ Mina Beshara
        For the Firm

Cc: Ehsanul Habib, Esq. (Via ECF)