

May 29, 2018

**VIA ECF**

Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York – Brooklyn Division
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re: Loss Mitigation Update for In re Juana Maria Robles Arias,**
     **Case No.: 17-45154 (CEC)**

Dear Judge Craig:

This office represents Shellpoint Mortgage Servicing ("Creditor"), in the above referenced proceeding.

Please find this letter as a current status update regarding loss mitigation on this matter. Debtor submitted a Loss Mitigation Package to Creditor. Creditor reviewed the documents submitted and determined them to be incomplete. On April 16, 2018, counsel for the Debtor provided my office with:

- Non-Borrower Credit Authorization Form
  - Contribution Start And End Needs an Actual Date
- 4506T
- 2 Months Proof of Rental Income and Lease Agreement / 2 Months of Bank Statements

The following documents are still needed from Debtor for Creditor to continue reviewing the loss mitigation application:

- An Updated Award Letter for Juana
- Proof of Income from Sergio Pizzeria For Belinda

    As documented in Debtor's counsel last status letter, the Debtor is in the process of obtaining the requested information, and once obtained, it will be provided to Creditor's counsel, so that Creditor can continue reviewing the application.

                                  Respectfully submitted,

                                  LEOPOLD & ASSOCIATES, PLLC

                                BY: /s/ Mina Beshara
                                     For the Firm

Cc: Ehsanul Habib, Esq. (Via ECF)