**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In Re:                                                                                  Chapter 13

      **JUANA MARIA ROBLES ARIAS**                      Case No. 17-45154-cec

                Debtor
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE, that, the hearing on confirmation and Chapter 13 Trustee's Confirmation hearing which was originally scheduled for Thursday, July 19, 2018, at 10:00 a.m. has been adjourned to August 16, 2018. At 10:00 a.m. and shall be heard before the Honorable Carla E. Craig, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, NY 11201-1800

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, shall be filed with the Court in compliance with the Court's electronic filing system and served Michael J. Macco Esq. Standing Chapter 13 Trustee, 2950 Express Drive South Suite 109, Islandia, NY, Office of the US Trustee, 201 Varick Street Suite 1006, New York, NY 10014; with a courtesy copy delivered to the Honorable Carla E. Craig so as to be received no later than the date and time of the Hearing.

Date: July 19, 2018

Forest Hills, New York                                                Respectfully Submitted,

                                                                                 /s/ Ehsanul Habib, Esq
                                                                                 Law Office of Ehsanul Habib
                                                                                 *Attorney for Debtor*
                                                                                 118-21 Queens Blvd Ste 603
                                                                                 Forest Hills, NY 11375
                                                                                 Ph#:    718-285-0466
                                                                                 Fax#:   718-520-0155
                                                                                 ehsanulhbb@yahoo.com