UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                  Case No. 17-45154-CEC

Juana Maria Robles Arias,                                    Chapter 13

        Debtor.
-----------------------------------------------------------------x

## ORDER TERMINATING LOSS MITIGATION

      WHEREAS, on December 4, 2017, Juana Maria Robles Arias (the "Debtor") filed a request to enter into the Loss Mitigation Program with respect to property located at 94-48 120th Street, Richmond Hill, NY 11419, Loan No.# 1271 with creditor Shellpoint Mortgage Servicing; and

      WHEREAS, on February 15, 2018, the Court issued an order directing the Debtor and Shellpoint Mortgage Servicing participate in the Loss Mitigation Program; and

      WHEREAS, a status conference on the Loss Mitigation was held on September 6, 2018;

      NOW, THEREFORE, for the reasons stated on the record at the September 6, 2018 status conference, it is

      ORDERED, that the Loss Mitigation Period is terminated.



**Dated: Brooklyn, New York**
     **September 14, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**