UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:  CASE NO. 17-45154-cec

JUANA MARIA ROBLES ARIAS

Chapter 13

Debtor(s).  **ORDER**
-----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Carla E. Craig on the 20th day of September, 2018, and Michael J. Macco, Chapter 13 Trustee having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Brooklyn, New York
October 5, 2018

_____
**Carla E. Craig**
**United States Bankruptcy Judge**