| Information to identify the case: | |
|---|---|
| Debtor 1  **Juana Maria Robles Arias** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–6051** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **13   10/4/17** |
| Case number:  **1–17–45154–cec** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 13 petition in bankruptcy on October 4, 2017, and an order having been signed by the Honorable Carla E. Craig, United States Bankruptcy Judge, on October 5, 2018 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: October 9, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]